UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| DAVID WAYNE VANDERVORT JR. | ) | BANKRUPTCY NO. 09-40862 |
| AMBER LEE VANDERVORT | ) | CHAPTER 7 |
|     Debtor(s). | ) | |

**NOTICE OF DEPOSIT OF SMALL DIVIDEND**

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

    Claim #5    Oral Surgery Office    $4.32

Respectfully submitted,

/s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
200 Ferry Street, Suite B
P. O. Box 377
Lafayette, Indiana 47902-0377
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2010, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana, 46601
2. Brad Woolley, 103 E. Broadway, Monticello, IN 47960
3. Oral Surgery Office, c/o Lafayette Accounts Service, Inc., 100 S. Farabee Drive, Suite B, Lafayette, IN 47905

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

/s/ Kimberly A. Wright
Kimberly A. Wright